IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH JAMES LARKINS,

    Petitioner,

v.

A.P. KANE, Warden,

    Respondent.

No. C 06-06001 SBA (PR)

**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE TRAVERSE**

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse. Instead, on January 7, 2008, Petitioner filed a notice of a change of address.

Accordingly, the Court GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse by **April 30, 2008.**

IT IS SO ORDERED.

DATED: 3/13/08

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.06\Larkins6001.EOT-Trav.wpd

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA |
| 3 | |
| 4 | KENNETH J. LARKINS, |
| 5 |        Plaintiff, |
| 6 |  v. |
| 7 | A.P. KANE et al, |
| 8 |        Defendant. |

Case Number: CV06-06001 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth James Larkins V-03195
California State Prison
Conservation Camp
13575 Empire Grade
Santa Cruz, CA 95060

Dated: March 14, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.06\Larkins6001.EOT-Trav.wpd