IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. LARKINS,<br><br>    Petitioner,<br><br>  v.<br><br>A. P. KANE, Warden,<br><br>    Respondent.                        / | No. C 06-06001 SBA (PR)<br><br>**ORDER SUA SPONTE GRANTING**<br>**SECOND EXTENSION OF TIME FOR**<br>**PETITIONER TO FILE TRAVERSE** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse. On March 13, 2008, the Court granted Petitioner an extension of time to file his traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner a second extension of time to file a traverse. Petitioner shall file a traverse by **February 9, 2009**.

    IT IS SO ORDERED.

DATED: 1/9/09

                                          SAUNDRA BROWN ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.06\Larkins6001.EOT2ndTraverse.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KENNETH J. LARKINS,

        Plaintiff,

v.

A.P. KANE et al,

        Defendant.

Case Number: CV06-06001 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth James Larkins V-03195
California State Prison
Conservation Camp
13575 Empire Grade
Santa Cruz, CA 95060

Dated: January 9, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.06\Larkins6001.EOT2ndTraverse.frm    2