IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAMES LARKINS,<br><br>          Petitioner,<br>v.<br><br>A.P. KANE, Warden,<br><br>          Respondent. | No. C 06-6001 SBA (pr)<br><br>**JUDGMENT** |

   For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

   IT IS SO ORDERED.

DATED: 8/31/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.06\Larkins001.jud.md.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. LARKINS, | Case Number: CV06-06001 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| A.P. KANE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth James Larkins V-03195
California State Prison
Conservation Camp
13575 Empire Grade
Santa Cruz, CA 95060

Dated: August 31, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.06\Larkins001.jud.md.frm        2